# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRADLEY MICHAEL PERRY,
     Appellant,
    vs.
ZUHRA IBRAGIMOVA PERRY,
     Respondent.

No. 69600

FILED

AUG 10 2016

GRACIE K. LINDEMAN
CLERK OF SUPREME COURT
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a divorce decree establishing child custody. On April 13, 2016, this court entered an order granting appellant's motion for an extension of time to file the fast track statement. NRAP 3E(f)(2). Pursuant to that order, the fast track statement, transcript request form, and docketing statement were due to be filed by May 31, 2016. *See* NRAP 9, NRAP 14, NRAP 3E(d)(1), (3). Appellant failed to file the documents. On June 14, 2016, we entered a second order, directing appellant, within 15 days, to file the required documents or a motion for an extension of time that complies with NRAP 3E(f)(2)(3). We cautioned appellant that failure to comply with our order would result in the imposition of sanctions, including dismissal of this appeal. To date, appellant has failed to file the documents or otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal and we

ORDER this appeal DISMISSED.

          _____ , J.
          Cherry

_____ , J.       _____ , J.
Douglas          Gibbons

16-24727

cc: Hon. James E. Wilson, District Judge
Bradley Michael Perry
Zuhra Ibragimova Perry
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A